E-Filed: **3/13/2009**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EMON BARNES,                                    )      NO. CV 08-3290 GHK (FMO)
                                                )
                    Petitioner,                 )
                                                )    **ORDER ADOPTING FINDINGS,**
            v.                                  )    **CONCLUSIONS AND RECOMMENDATIONS**
                                                )    **OF UNITED STATES MAGISTRATE JUDGE**
MICHAEL A. SMELOSKY, Warden,                    )
                                                )
                    Respondent.                 )
_____             )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein,

and the Report and Recommendation of the United States Magistrate Judge.  No objections to the

Report and Recommendation have been filed.  The Court approves and adopts the Magistrate

Judge's Report and Recommendation.  Accordingly, IT IS ORDERED THAT:

        1.      Judgment shall be entered dismissing the action with prejudice.

        2.      The Clerk shall serve copies of this Order and the Judgment herein on the parties.


DATED:   ___3/13/___, 2009.


                                                    _____
                                                        GEORGE H. KING
                                                    UNITED STATES DISTRICT JUDGE