E-Filed: **3/13/2009**
**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMON BARNES, | NO. CV 08-3290 GHK (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MICHAEL A. SMELOSKY, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: ____3/13____, 2009.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE